IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MAE OLA GOODWIN                                              PLAINTIFF

v.                      No. 2:19-cv-54-DPM

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA and 21ST
MORTGAGE CORPORATION                                         DEFENDANTS

## JUDGMENT

Goodwin's second amended and superseding complaint, and all cross-claims and counterclaims, are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2020